**AND NOW,** this 17th day of April, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

Ann M. FELDMAN

v.

BOARD OF SUPERVISORS OF EAST CALN TOWNSHIP, Progressive Housing Ventures, LLC, J. Loew Associates, Inc., and Borough Council of the Borough of Downingtown.

Petition of Progressive Housing Ventures, LLC, J. Loew Associates, Inc., and Borough Council of the Borough of Downingtown.

Supreme Court of Pennsylvania.

June 28, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of June, 2013, the Application for Post–Submission Communication is **GRANTED,** and Petition for Allowance of Appeal is **DENIED.**